IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DENNIS A. BARNES,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1377

Opinion filed August 3, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Dennis A. Barnes, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DISMISSED.

ROWE, MAKAR, and JAY, JJ., CONCUR.